**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 11-1360**

─────────────

HARRELL AND OWENS FARM,

        Plaintiff - Appellant,

     v.

FEDERAL CROP INSURANCE CORPORATION, a corporation within the
United States Department of Agriculture; UNITED STATES
DEPARTMENT OF AGRICULTURE, Risk Management Agency; ACE
PROPERTY AND CASUALTY INSURANCE COMPANY; RAIN AND HAIL, LLC,

        Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Eastern
District of North Carolina, at Greenville.  Louise W. Flanagan,
Chief District Judge.  (4:09-cv-00217-FL)

─────────────

Argued:  April 2, 2012          Decided:  April 18, 2012

─────────────

Before SHEDD and FLOYD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

**ARGUED:** Charles E. Coble, BROOKS, PIERCE, MCLENDON, HUMPHREY &
LEONARD, Raleigh, North Carolina, for Appellant.  Matthew Fesak,
OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina;
Derek Morgan Crump, BROWN, CRUMP, VANORE & TIERNEY, Raleigh,
North Carolina, for Appellees.  **ON BRIEF:** Thomas G. Walker,
United States Attorney, Jennifer P. May-Parker, Neal I. Fowler,
Assistant United States Attorneys, OFFICE OF THE UNITED STATES
ATTORNEY, Raleigh, North Carolina, for the United States.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harrell and Owens Farm appeals from the district court's judgment, filed March 26, 2011, which judgment: (1) upholds the final agency decision, issued December 30, 2008, by the Federal Crop Insurance Corporation and the United States Department of Agriculture, Risk Management Agency In the Matter of Harrell and Owens Farm and Risk Management Agency; (2) denies Harrell and Owens Farm's motion to vacate the arbitration award issued by the arbitrator In The Matter of Arbitration between Harrell and Owens Farm and Ace Property & Casualty Insurance Company on November 19, 2009; (3) confirms the same arbitration award; and (4) awards Harrell and Owens Farm $93,394.50 in accordance with such arbitration award, which sum has already been paid.

Having had the benefit of oral argument and having carefully reviewed the briefs, record, and controlling legal authorities, we agree with the district court's analysis as set forth in its well-reasoned opinions resolving this appeal. See Harrell and Owens Farm v. Federal Crop Ins. Corp., 2011 WL 1100265 (E.D.N.C. March 23, 2011); Harrell and Owens Farm v. Federal Crop Ins. Corp., No. 4:09-cv-00217-FL (E.D.N.C. Oct. 6, 2010). Accordingly, we affirm the judgment below on the reasoning of the district court.

AFFIRMED